**Order entered February 13, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01019-CV

**FEYSAL AYATI-GHAFFARI AND IRANA HAGNAZARI, Appellants**

**V.**

**HAZAWIPERI JACKIE GUMBODETE AND JOSE ANAYA, Appellees**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-04867-2012**

## ORDER

Before the Court is appellant, Feysal Ayati-Ghaffari's February 11, 2015, motion for rehearing. In the motion, Ayati-Ghaffari asks this Court to reconsider its February 4, 2015 Order denying his motion to require appellees to re-brief. The motion for rehearing is **DENIED**.

/s/     CRAIG STODDART
         JUSTICE